B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **CHABAD-LUBAVITCH OF BOYNTON, INC.**, Case No. _____
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Touger Consulting**<br>9852 Southern Blvd.<br>West Palm Beach, Florida 33411 | | | | $250,000.00 |
| **Jewish Early Childhood Center**<br>10655 El Clair Ranch Road<br>Boynton, Florida 33437 | | | | $193,000.00 |
| **American Management** | | | | $187,500.00 |
| **Moshe Stander**<br>9216 Sun Pointe Drive<br>Boynton Beach, FL 33437 | | | | $67,500.00 |
| **Marlene Zavodnick** | | | | $63,500.00 |
| **Leibel Kessler**<br>637 Empire Blvd.<br>Brooklyn, NY 11213 | | | | $48,500.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **CHABAD-LUBAVITCH OF BOYNTON, INC.**  ,   Case No. _____
         Debtor                                      Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Aspaclaria** | | | | **$39,470.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Sholom Ciment, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **6/11/2010**                    Signature:  **s/ Sholom Ciment**

                                                    **Sholom Ciment ,President**
                                                    (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.